In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-037 CV


____________________



KATHLEEN GASKILL, Appellant



V.



TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee






On Appeal from the County Court at Law No. 2 


Montgomery County, Texas


Trial Cause No. 07-21546






MEMORANDUM OPINION



 On February 7, 2008, we notified the parties that the notice of appeal did not appear
to have been timely filed. The appellant did not reply to our correspondence. The trial court
signed the judgment on November 6, 2007, and the appellate timetables were not extended
by the timely filing of post-judgment motions. Notice of appeal was due to be filed on
December 6, 2007. See Tex. R. App. P. 26.1. Appellant filed notice of appeal on January
18, 2008, more than thirty days from the date of judgment and outside the time for which we
may grant an extension of time to perfect appeal. See Tex. R. App. P. 26.3. This Court lacks
jurisdiction over this appeal. 

 Accordingly, we dismiss the appeal for lack of jurisdiction.

 APPEAL DISMISSED.




 _____________________________

 STEVE McKEITHEN

 Chief Justice




Opinion Delivered March 13, 2008

Before McKeithen, C.J., Gaultney and Kreger, JJ.